IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | CR. NO.   2:07-cr-157-WKW |
| **LYDELL HARRIS,** | ) | |
|     a/k/a "Chance" | ) | |
| | ) | |

**United States' Notice of Appearance
of Counsel and Acceptance of Appointment**

Comes Now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Fed. R. Crim. P. 42(a)(2) accepts the appointment as Prosecutor for this criminal contempt action. Assistant United States Attorney Christopher A. Snyder will serving as an counsel of record for the United States in this matter.

Respectfully submitted this the 3rd day of August, 2007.

                                                  LEURA G. CANARY
                                                  United States Attorney

                                                  /s/ Christopher A. Snyder
                                                  CHRISTOPHER A. SNYDER
                                                  Assistant United States Attorney
                                                  Post Office Box 197
                                                  Montgomery, Alabama 36101-0197
                                                  334.223.7280
                                                  334.223.7135 fax
                                                  christopher.a.snyder@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

                                               /s/ Christopher A. Snyder
                                               CHRISTOPHER A. SNYDER